UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MATTHEW CANALE,

                          Plaintiff,

                                                                          1:25-cv-920 (BKS/TWD)

v.

KERRI DOE,

                          Defendant.
_____

**Appearances:**

*Plaintiff pro se:*
Matthew Canale
Warren County Correctional Facility
1400 State Route 9
Lake George, NY 12845

**Hon. Brenda K. Sannes, Chief United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff Matthew Canale filed this action pro se against Defendant Kerri Doe alleging violations of 42 U.S.C. §1983. (Dkt. No. 1, 2). Plaintiff sought leave to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2). This matter was referred to United States Magistrate Judge Thérèse Wiley Dancks for an initial review pursuant to 28 U.S.C. § 1915(e)(2) and Local Rule 72.3(d). On October 3, 2025, Magistrate Judge Dancks granted Plaintiff's application to proceed IFP, (Dkt. No. 6), and issued a Report-Recommendation, recommending that Plaintiff's complaint be dismissed with leave to amend. (Dkt. No. 6). Magistrate Judge Dancks informed Plaintiff that he had fourteen days within which to file written objections to the Report-Recommendation under 28 U.S.C. § 636(b)(1), and that the failure to object to the Report-Recommendation within fourteen days would preclude appellate review. (*Id.* at 12). Plaintiff did not file any objections.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that the Report-Recommendation (Dkt. No. 6) is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's complaint (Dkt. No. 1) is **DISMISSED with Leave to Amend**; and it is further

**ORDERED** that any amended complaint must be filed **within thirty (30) days** of the date of this Order. Any amended complaint must be a complete pleading which will replace the current complaint in total and must comply with the directions in the Report-Recommendation; and it is further

**ORDERED** that if Plaintiff timely files an amended complaint, it shall be referred to Magistrate Judge Dancks for review; and it is further

**ORDERED** that if Plaintiff fails to file a timely amended complaint, the Clerk shall close this case without further order; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: November 10, 2025
Syracuse, New York

Brenda K. Sannes
Chief U.S. District Judge